# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAYTON CANGELOSI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1820** |
| **WALMART INC.** | **SECTION: "G"(1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction under 28 U.S.C. § 1915(e)(2)(B).

**NEW ORLEANS, LOUISIANA,** this 18th day of December, 2025.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**